# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bryan Quesenberry,<br><br>   Plaintiff,<br><br>v.<br><br>AJML Dental PLLC, *et al.*,<br><br>   Defendants. | No. CV-20-01783-PHX-JJT<br><br>**ORDER** |

The Relator Bryan Quesenberry having filed a Notice of Dismissal (Doc. 27) and the United States having filed its Notice of Consent to Dismissal (Doc. 29), pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(1), and good cause appearing,

**IT IS HEREBY ORDERED** that this action is dismissed without prejudice as to the United States.

**IT IS FURTHER ORDERED** directing the Clerk to close this matter.

Dated this 15th day of October, 2024.

Honorable John J. Tuchi
United States District Judge